| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney<br><br>THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division<br><br>KRISTINA GREEN (NYBN 5226204)<br>CHRISTOFFER LEE (CABN 280360)<br>Assistant United States Attorneys<br><br>   450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102-3495<br>   Telephone: (415) 436-6912<br>   FAX: (415) 436-7234<br>   Kristina.green@usdoj.gov<br><br>Attorneys for United States of America | FILED<br><br>Dec 09 2022<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>STELLA TEODORO,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:20-CR-00398-SI<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against STELLA TEODORO without prejudice.

DATED:     December 8, 2022                    Respectfully submitted,

                                               STEPHANIE M. HINDS
                                               United States Attorney


                                                  /s/ Thomas A. Colthurst
                                               THOMAS A. COLTHURST
                                               Chief, Criminal Division

NOTICE OF DISMISSAL
No. 3:20-CR-00398-SI___                                                          v. 8/4/2021

~~[PROPOSED]~~ ORDER

Leave is granted to the government to dismiss without prejudice the Information against STELLA TEODORO.

Date: December 9, 2022

_____
HON. SUSAN ILLSTON
United States District Judge